UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WINSERT INC., et al.,

    Plaintiff,

v.                                                    Case No. 11-C-251

KATHLEEN F HASENFUS,

    Defendant.

**TEMPORARY RESTRAINING ORDER**

The plaintiff in the above matter has filed a motion for a temporary restraining order and preliminary injunction enjoining the defendant from disposing of, encumbering, or operating her Jaguar automobile allegedly purchased with proceeds of the settlement that is the focus of this action. The Court conducted a telephone hearing on the motion on March 27, 2012. For the reasons set forth at the hearing and with the agreement of counsel, the Court grants the relief sought in part.

Specifically, the defendant, Kathleen F. Hasenfus, is enjoined from transferring, conveying or encumbering the subject Jaguar automobile pending the hearing currently scheduled for April 6, 2012 at 10:00 a.m. in the federal courtroom in Green Bay, Wisconsin. Because defendant has no current plans to convey or encumber the vehicle, she is not likely to sustain any loss as a result of this order and, therefore, no bond will be required.

**SO ORDERED** this    29th    day of March, 2012.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge