IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

WINSERT, INC. and WINSERT, INC.
MEDICAL PLAN,

           Plaintiffs,            Case No. 11-C-251

v.

KATHLEEN F. HASENFUS,

           Defendant.

## AMENDED PRELIMINARY INJUNCTION

Based upon the entire record in this matter and the Stipulation of the parties, the Court enters the following Preliminary Injunction:

Defendant Kathleen F. Hasenfus is hereby enjoined from:

1) Drawing any further funds on the reverse mortgage on her residence;

2) Impairing the equity in her residence by, among other things, granting any liens, mortgages or other encumbrances on the residence; and

3) Selling, conveying and/or transferring her residence and/or any interest in her residence.

Defendant Kathleen F. Hasenfus may continue to reside in her residence. However, Defendant Kathleen F. Hasenfus shall pay the real estate taxes on the residence, maintain the homeowner's insurance, and maintain the residence.

Defendant Kathleen F. Hasenfus is further hereby enjoined from transferring, conveying or encumbering her Jaguar. Defendant Kathleen F. Hasenfus may continue to use her Jaguar for her

personal vehicle needs. However, Defendant shall maintain the insurance coverage currently in force on her Jaguar (including, but not limited to, the collision coverage with a $500.00 deductible) and mechanically maintain the vehicle.

Based upon the Stipulation of the parties, the Court waives any requirement for bond. In addition, the hearing scheduled for Friday, April 6, 2012 is removed from the Court's calendar.

**SO ORDERED** this   5th   day of April 2012.


                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge